Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

*Attorneys for Plaintiff*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.J., individually and on behalf of G.J., a minor,<br><br>              Plaintiff,<br>vs.<br><br>INNOVATION HEALTH INSURANCE COMPANY and AETNA LIFE INSURANCE COMPANY,<br><br>              Defendants. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:23-cv-00170-DAK-DBP<br><br>District Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff, through his undersigned counsel, hereby notify the Court that the parties have reached a confidential settlement agreement. Plaintiff anticipates filing a motion to dismiss within sixty (60) days of the date of this Notice.

DATED this 31st day of January, 2025.

                                                            /s/ Brian S. King
                                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent to all parties registered to receive court notices via the Court's CM/ECF System.

DATED this 31st day of January, 2025.

/s/ Brian S. King<br>
<em>Attorney for Plaintiff</em>