Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 E. South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: 801-532-1739
Facsimile: 801-532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

*Attorney for Plaintiffs*

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.J., individually and on behalf of G.J., a minor<br><br>Plaintiff,<br><br>vs.<br><br>INNOVIATION HELATH INSURANCE COMPANY and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | **STIPULATION OF DISMISSAL**<br><br>Case No. 2:23-cv-00170-DAK-DBP<br><br>District Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

The parties, through their undersigned counsel, hereby stipulate that the above-captioned matter is hereby dismissed with prejudice under Fed. R. Civ. 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

Dated this 25th day of March, 2025.

/s/ Brian S. King                                    /s/ Scott M. Petersen *(with permission)*
*Attorney for Plaintiff*                              *Attorney for Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

Dated this 25th day of March, 2025.

                                                    /s/ Brian S. King